ACCEPTED
05-18-00289-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
3/26/2018 1:44 PM
LISA MATZ
CLERK

05-18-00289-CV

**Appellate Docket Number:** 05-18-00280-CV
**Appellate Case Style:** City of Dallas
**Vs.** In Re: Heather Russell

**Companion Case(s):**

Amended/Corrected Statement

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
3/26/2018 1:44:35 PM
LISA MATZ
Clerk

# DOCKETING STATEMENT (Civil)

Appellate Court:     5th Court of Appeals
(to be filed in the court of appeals upon perfection of appeal under TRAP 32)

**NOTE:** *Because space for additional parties / attorneys is limited on this form, you can include the information on a separate document. As per TRAP 32.1 and 9.4, please include party's name and the name, address, email address, telephone number, fax number, if any, and State Bar Number of the party's lead counsel. If the party is not represented by an attorney, that party's name, address, telephone number, fax number should be provided.*

| I. Appellant | II. Appellant Attorney(s) - Continued |
|---|---|
| Person  ☒ Organization | ☒ Lead Attorney         Retained |
| Name: City of Dallas | Name:  Jennifer Carter Huggard |
| Pro Se | Bar No.  00792998 |
| *If Pro Se Party, enter the following information:* | Firm Name:  Dallas City Attorney's Office |
| Address: | Address 1: 1500 Marilla, Room 7DN |
| City/State/Zip: | Address 2: |
| Tel.          Ext.          Fax: | City/State/Zip: Dallas, Texas 75201 |
| Email: | Tel. (214) 670-5622    Ext.        Fax: (214) 670-0622 |
| **II. Appellant Attorney(s)** | Email: jennifer.huggard@dallascityhall.com |
| Lead Attorney        Retained | Lead Attorney        Retained |
| Name: Tatia R. Wilson | Name:  Barbara Rosenberg |
| Bar No. 00795793 | Bar No.  17267700 |
| Firm Name: Dallas City Attorney's Office | Firm Name:  Dallas City Attorney's Office |
| Address 1: 1500 Marilla, Suite 7DN | Address 1:  1500 Marilla, Room 7DN |
| Address 2: | Address 2: |
| City/State/Zip: Dallas, Texas 75201 | City/State/Zip:  Dallas, Texas 75201 |
| Tel. (214) 671-9553    Ext.        Fax: (214) 670-0622 | Tel. (214) 671-9568    Ext.        Fax: (214) 670-0622 |
| Email: tatia.wilson@dallascityhall.com | Email: barbara.rosenberg@dallascityhall.com |
| Lead Attorney        Select | Lead Attorney        Retained |
| Name: | Name: James B. Pinson |
| Bar No. | Bar No. 16017700 |
| Firm Name: | Firm Name: Dallas City Attorney's Office |
| Address 1: | Address 1: 1500 Marilla, Room 7DN |
| Address 2: | Address 2: |
| City/State/Zip: | City/State/Zip: Dallas, Texas 75201 |
| Tel.          Ext.     Fax: | Tel. (214) 670-4844    Ext.        Fax: (214) 670-0622 |
| Email: | Email: james.pinson@dallascityhall.com |

| III. Appellee | IV. Appellee Attorney(s) - Continued |
|---|---|
| ✕ Person     Organization | Lead Attorney     Retained |
| Name: Heather Russell | Name: T. Dean Malone |
|     Pro Se | Bar No. 24003265 |
| *If Pro Se Party, enter the following information:* | Firm Name: Law Offices of Dean Malone, P.C. |
| Address: | Address 1: 900 Jackson Street, Suite 730 |
| City/State/Zip: | Address 2: |
| Tel.     Ext.     Fax: | City/State/Zip: Dallas, Texas 75202 |
| Email: | Tel. (214) 670-9989    Ext.     Fax: (214) 670-9904 |
| **IV. Appellee Attorney(s)** | Email: dean@deanmalone.com |
| Lead Attorney     Select | |
| Name: | Lead Attorney     Retained |
| Bar No. | Name: Michael T. O'Connor |
| Firm Name: | Bar No. 24032922 |
| Address 1: | Firm Name: Law Offices of Dean Malone, P.C. |
| Address 2: | Address 1: 900 Jackson Street, Suite 730 |
| City/State/Zip: | Address 2: |
| Tel.     Ext.     Fax: | City/State/Zip: Dallas, Texas 75202 |
| Email: | Tel. (214) 670-9989    Ext.     Fax: (214) 670-9904 |
| | Email: michael.oconnor@deanmalone.com |
| Lead Attorney     Select | |
| Name: | Lead Attorney     Select |
| Bar No. | Name: |
| Firm Name: | Bar No. |
| Address 1: | Firm Name: |
| Address 2: | Address 1: |
| City/State/Zip: | Address 2: |
| Tel.     Ext.     Fax: | Tel.     Ext.     Fax: |
| Email: | Fax: |
| | Email: |

## V. Perfection of Appeal, Judgment and Sentencing

Nature of Case (Subject matter or type of case): Governmenal Immunity

Date Order or Judgment signed: 03/08/2018          Type of Judgment: Interlocutory Order

Date Notice of Appeal filed in Trial Court: 03/15/2018

    If mailed to the Trial Court clerk, also give the date mailed:

Interlocutory appeal of appealable order:     × Yes      No

    If yes, please specify statutory or other basis on which interlocutory order is appealable (See TRAP 28):
      Section 51.014(a)(8) of the Texas Civil Practice and Remedies Code

---

Accelerated Appeal (See TRAP 28):     × Yes      No

    If yes, please specify statutory or other basis on which appeal is accelerated:
      Section 51.014(a)(8) of the Texas Civil Practice and Remedies Code

---

Parental Termination or Child Protection? (See TRAP 28.4):     Yes   × No

Permissive? (See TRAP 28.3):     Yes   × No

    If yes, please specify statutory or other basis for such status:

---

Agreed? (See TRAP 28.2):     Yes   × No

    If yes, please specify statutory or other basis for such status:

---

Appeal should receive precedence, preference, or priority under statute or rule?     × Yes      No

    If yes, please specify statutory or other basis for such status:
      TRAP 28.1(a)

---

Does this case involve an amount under $100,000?          × Yes      No

Judgment or Order disposes of all parties and issues?          Yes   × No

Appeal from final judgment?          Yes   × No

Does the appeal involve the constitutionality or the validity of a statute, rule, or ordinance?     Yes   × No

## VI. Actions Extending Time To Perfect Appeal

Motion for New Trial:          Yes   × No     If yes, date filed:

Motion to Modify Judgment:          Yes   × No     If yes, date filed:

Request for Findings of Fact and Conclusions of Law:

                Yes   × No     If yes, date filed:

Motion to Reinstate:          Yes   × No     If yes, date filed:

Motion under TRCP 306a:          Yes   × No     If yes, date filed:

Other:          Yes   × No

    If Other, please specify:

## VII. Indigency of Party (Attach file stamped copy of Statement and copy of the trial court order.)

Was Statement of Inability to Pay Court Costs filed in the trial court?     Yes   × No

    If yes, date filed:

Was a Motion Challenging the Statement filed in the trial court?     Yes   × No

    If yes, date filed:

Was there any hearing on appellant's ability to afford court costs?     Yes   × No

    Hearing Date:

Did trial court sign an order under Texas Rule of Civil Procedure 145?     Yes   × No

    Date of Order:

    If yes, trial court finding:    Challenge Sustained    Overruled

## VIII. Bankruptcy

Has any party to the court's judgment filed for protection in bankruptcy which might affect this appeal?

    Yes   × No

If yes, please attach a copy of the petition.

Date bankruptcy filed:

Bankruptcy Case Number:

## IX. Trial Court and Record

Court: 68th Judicial District Court

County: Dallas

Trial Court Docket No. (Cause No.):
  DC-17-16097-C

Trial Court Judge (who tried or disposed of the case):

    Name: Judge Martin Hoffman

    Address 1:  600 Commerce

    Address 2:  5th Floor New Tower

    City/State/Zip:  Dallas, Texas 75202

    Tel. (214) 653-6510 Ext.    Fax:

    Email: unknown

**Clerk's Record**

Trial Court Clerk: ✓ District    County

Was Clerk's record requested?  ✓ Yes    No

    If yes, date requested: 03/15/2018

    If no, date it will be requested:

Were payment arrangements made with clerk?

    ✓ Yes    No    Indigent

**(Note: No request required under TRAP 34.5(a),(b).)**

## IX. Trial Court and Record - Continued

**Reporter's or Recorder's Record**

Is there a Reporter's Record?  × Yes    No

Was Reporter's Record requested?  × Yes    No

     If yes, date requested: 03/15/2018

     If no, date it will be requested:

Was the Reporter's Record electronically recorded?  × Yes    No

Were payment arrangements made with the court reporter/court recorder?  × Yes    No    Indigent

| × Court Reporter     Court Recorder<br>   Official            Substitute | Court Reporter     Court Recorder<br>   Official            Substitute |
|---|---|
| Name: Antionette Reagor | Name: |
| Address 1: 600 Commerce Street | Address 1: |
| Address 2: | Address 2: |
| City/State/Zip: Dallas, Texas 75202 | City/State/Zip: |
| Tel. (214) 653-7158 Ext.     Fax: | Tel.     Ext.     Fax: |
| Email: unknown | Email: |

## X. Supersedeas Bond

Supersedeas bond filed?    Yes  × No

    If yes, date filed:

    If no, will file?    Yes  × No

## XI. Extraordinary Relief

Will you request extraordinary relief (e.g., temporary or ancillary relief) from this Court?    Yes  × No

    If yes, briefly state the basis for your request:

## XII. Alternative Dispute Resolution/Mediation
### (Complete section if filing in the 1st, 2nd, 5th, 6th, 8th, 10th, 13th, or 14th Court of Appeals.)

Should this appeal be referred to mediation?     Yes   × No

    If no, please specify: not applicable

Has this case been through an ADR procedure?     Yes   × No

    If yes, who was the mediator?

    What type of ADR procedure?

    At what stage did the case go through ADR?     Pre-Trial     Post-Trial     Other

       If other, please specify:

Type of Case?  Governmenal Immunity

    Give a brief description of the issue to be raised on appeal, the relief sought, and the applicable standard for review, if known (without prejudice to the right to raise additional issues or request additional relief):


    This is an appeal of a denial of a plea to the jurisdiction asserting immunity from Petitioner's Rule 202 Pet


How was the case disposed of? Order

Summary of relief granted, including amount of money judgment, and if any, damages awarded.

    If money judgment, what was the amount? Actual damages:  $ 0.00

    Punitive (or similar) damages:  $ 0.00

    Attorney's fees (trial):  $ 0.00

    Attorney's fees (appellate):  $ 0.00

    Other:

       If other, please specify: Order allowing pre-suit deposition to investigate claims.

Will you challenge this Court's jurisdiction?  × Yes     No

Does judgment have language that one or more parties "take nothing"?     Yes  × No

Does judgment have a Mother Hubbard clause?  × Yes     No

Other basis for finality:

## XII. Alternative Dispute Resolution/Mediation - Continued
### (Complete section if filing in the 1st, 2nd, 5th, 6th, 8th, 10th, 13th, or 14th Court of Appeals.)

Rate the complexity of the case (use 1 for least and 5 for most complex):  1  × 2  3  4  .5

Please make my answer to the preceding questions known to other parties in this case?  Yes  × No

Can the parties agree on an appellate mediator?  Yes  × No

If yes, please give the name, address, telephone, fax, and email address:

Name:

Address:

Telephone:  Ext.

Fax:

Email:

Languages other than English in which the mediator should be proficient:

Name of the person filling out mediation section of docketing statement:
Jennifer Huggard

## XIII. Related Matters

List any pending or past related appeals before this, or any other Texas Appellate Court, by Court, Docket, and Style.

Court: Select Appellate Court  Docket:

Style:

Vs.

Court: Select Appellate Court  Docket:

Style:

Vs.

Court: Select Appellate Court  Docket:

Style:

Vs.

Court: Select Appellate Court  Docket:

Style:

Vs.

Court: Select Appellate Court  Docket:

Style:

Vs.

Court: Select Appellate Court  Docket:

Style:

Vs.

## XIV. Pro Bono Program:
### (Complete section if filing in the 1st, 2nd, 3rd, 5th, 7th, 13th or 14th Court of Appeals.)

The Courts of Appeals listed above, in conjunction with the State Bar of Texas Appellate Section Pro Bono Committee and local Bar Associations, are conducting a program to place a limited number of civil appeals with appellate counsel who will represent the appellant in the appeal before this Court.

The Pro Bono Committee is solely responsible for screening and selecting the civil cases for inclusion in the Program based upon a number of discretionary criteria, including the financial means of the appellant or appellee. If a case is selected by the Committee, and can be matched with appellate counsel, that counsel will take over representation of the appellant or appellee without charging legal fees. More information regarding this program can be found in the Pro Bono Program Pamphlet available in paper form at the Clerk's Office or on the Internet at http://www.tex-app.org. If your case is selected and matched with a volunteer lawyer, you will receive a letter from the Pro Bono Committee within thirty (30) to forty-five (45) days after submitting this Docketing Statement.

Note: there is no guarantee that if you submit your case for possible inclusion in the Pro Bono Program, the Pro Bono Committee will select your case and that pro bono counsel can be found to represent you. Accordingly, you should not forego seeking other counsel to represent you in this proceeding. By signing your name below, you are authorizing the Pro Bono committee to transmit publicly available facts and information about your case, including parties and background, through selected Internet sites and Listserv to its pool of volunteer appellate attorneys.

Do you want this case to be considered for inclusion in the Pro Bono Program? ☐ Yes ☒ No

Do you authorize the Pro Bono Committee to contact your trial counsel of record in this matter to answer questions the committee may have regarding the appeal? ☐ Yes ☒ No

Please note that any such conversations would be maintained as confidential by the Pro Bono Committee and the information used solely for the purposes of considering the case for inclusion in the Pro Bono Program.

If you have not previously filed a Statement of Inability to Pay Court Costs and attached a file-stamped copy of that Statement, does your income exceed 200% of the U.S. Department of Health and Human Services Federal Poverty Guidelines? ☐ Yes ☐ No

These guidelines can be found in the Pro Bono Program Pamphlet as well as on the internet at http://aspe.hhs.gov/poverty/06poverty.shtml.

Are you willing to disclose your financial circumstances to the Pro Bono Committee? ☐ Yes ☐ No

> If yes, please attach a Statement of Inability to Pay Court Costs completed and executed by the appellant or appellee. Sample forms may be found in the Clerk's Office or on the internet at http://www.tex-app.org. Your participation in the Pro Bono Program may be conditioned upon your execution of a Statement under oath as to your financial circumstances.

Give a brief description of the issues to be raised on appeal, the relief sought, and the applicable standard of review, if known (without prejudice to the right to raise additional issues or request additional relief; use a separate attachment, if necessary).

The City of Dallas claims it is immune from the Petitioner's Rule 202 Petition to investigate claims because the Petition did not plead facts to show a waiver of immunity. The applicable standard of review is de novo.

## XV. Signature

| | 03/26/2018 |
|---|---|
| Signature of counsel (or Pro Se Party) | Date |
| Jennifer Carter Huggard | 00792998 |
| Printed Name | State Bar No. |
| /s/ Jennifer Carter Huggard | Jennifer Carter Huggard |
| Electronic Signature (Optional) | Name |

## XVI. Certificate of Service

The undersigned counsel certifies that this Docketing Statement has been served on the following lead counsel for all parties to the Trial Court's Order or Judgment as follows on:

/s/ Jennifer Carter Huggard

| Signature of counsel (or Pro Se Party) | Electronic Signature (Optional) |
|---|---|
| 00792998 | |
| State Bar No. | |

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:

 (1) the date and manner of service;
 (2) the name and address of each person served, and
 (3) if the person served is a party's attorney, the name of the party represented by the attorney.

| | |
|---|---|
| Date Served: | Date Served: 03/26/2018 |
| Manner Served: Select | Manner Served: eServe |
| Name: | Name: Michael T. O'Connor |
| Bar No. | Bar No. 24032922 |
| Firm Name: | Firm Name: Law Offices of Dean Malone, P.C. |
| Address 1: | Address 1: 900 Jackson Street, Suite 730 |
| Address 2: | Address 2: |
| City/State/Zip: | City/State/Zip: Dallas, Texas 75202 |
| Tel.        Ext.        Fax: | Tel. (214) 670-9989    Ext.        Fax: (214) 670-9904 |
| Email: | Email: michael.oconnor@deanmalone.com |
| Party: Heather Russell | Party: Heather Russell |

| | |
|---|---|
| Date Served: | Date Served: |
| Manner Served: Select | Manner Served: Select |
| Name: | Name: |
| Bar No. | Bar No. |
| Firm Name: | Firm Name: |
| Address 1: | Address 1: |
| Address 2: | Address 2: |
| City/State/Zip: | City/State/Zip: |
| Tel.        Ext.        Fax: | Tel.        Ext.        Fax: |
| Email: | Email: |
| Party: Heather Russell | Party: Heather Russell |

Date Served: 03/26/2018
Manner Served: eServe
Name: T. Dean Malone
Bar No. 24003265
Firm Name: Law Offices of Dean Malone, P.C.
Address 1: 900 Jackson Street, Suite 730
Address 2:
City/State/Zip: Dallas, Texas 75202
Tel. (214) 670-9989    Ext.        Fax: (214) 670-9904
Email: dean@deanmalone.com
Party: Heather Russell